UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:12-cr-080 |
| v. | : | **ORDER UNSEALING INDICTMENT** |
| LEE WURZELBACHER, ET AL. | : | Judge Barrett |

- - - - - - - - - - - - - - - - - - - - - - -

Now comes the United States Attorney for the Southern District of Ohio and in the above-captioned case states that the Indictment previously sealed may now be unsealed.

Respectfully submitted,

CARTER M. STEWART
United States Attorney

s/Robert C. Brichler
ROBERT C. BRICHLER (0017745)
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio  45202
(513) 684-3711

SO ORDERED.

*Stephanie K. Bowman*
,HONORABLE STEPHANIE K. BOWMAN
U.S. MAGISTRATE JUDGE