UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

UNITED STATES OF AMERICA

-vs-

Daniel Lozano

Case No. 1:12cr80-3

ORDER

With the consent of Defendant Lozano, the detention hearing is CONTINUED to Friday, October 5, 2012 @1:30 p.m. before Magistrate Judge Litkovitz.

/s/ *Stephanie K. Bowman*
United States Magistrate Judge